

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01023-CV

**IN THE INTEREST OF I.J.S.** and B.K.S.

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00603
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order terminating appellants' parental rights is AFFIRMED. No costs of appeal are taxed against appellants.

SIGNED June 20, 2024.

Liza A. Rodriguez, Justice